**Exhibit A to the Complaint**

**Location:** Bethlehem, PA  
**Total Works Infringed:** 31  
**IP Address:** 209.122.10.96  
**ISP:** RCN

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A64381041A252AD91A64156C8F12B51A4933A693<br>File Hash:<br>2DDDE9A5514A9E98DCCFC4EA6F1978A7B303D71F9AA9B450FD96423B72AA1AEE | 08-24-2022 21:16:12 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 2 | Info Hash: 42920509D6F4FE3676865E34D5507154D6A0F712<br>File Hash:<br>6E078AE96BC972618AF93C7EDFBBC229364F6220253A577C2753112DD8EC7B02 | 08-24-2022 02:32:02 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 3 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash:<br>D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 08-18-2022 03:52:24 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 4 | Info Hash: F8CAD854E7DC19B53E674840B5554C76AD455AFB<br>File Hash:<br>8EA7842640D74C90BAC1D369A2072A6125C869D9F4C82073D1032E9BE86A8A6B | 08-17-2022 00:02:46 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 5 | Info Hash: B0CAA4D95994248141ED9615D6C60A0EF6719C74<br>File Hash:<br>DE6B5755622A8D5504757FB262D3BC59EAC0111811F6AD10DF462DFD9109566C | 08-17-2022 00:00:00 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 6 | Info Hash: D535E04CB588396BC4F9AC90F565D616FE5030B0<br>File Hash:<br>9DB5B44495E1BEFBE91BBE830B6BF5482AEBF0A8DD24457C543CA7DDBB94119F | 08-12-2022 23:10:47 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 7 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash:<br>82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-12-2022 03:43:51 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 8 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash:<br>23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-07-2022 15:15:02 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 9 | Info Hash: 522106AD5C604CAA38EEB8C9E645BB89B7246439<br>File Hash:<br>E7E033B1618FD43B267E8CD0AF60A898EC2BEDA21372A6C5AE92760818965895 | 08-03-2022 20:21:44 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 10 | Info Hash: 22F64C34048F6C532A3151D95A82FCDB8E19203E<br>File Hash:<br>AD346A8CD6EF858B1E9B78B90620A5398A58CFA3EA6686949B09F71D08D1FAD3 | 07-27-2022 18:01:16 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 11 | Info Hash: 480726ED66E198F5DBACFCD511A50A5080EF8F42<br>File Hash:<br>CA67A23FB24BA3F401C41E275D1766C140D556B7FB4B77B158F63E0A46FFBDDA | 07-27-2022 17:40:34 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 57763A5B3583A13492A671B9919D28555796546C<br>File Hash: 7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 07-25-2022 00:58:47 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 13 | Info Hash: 784C39E54E32FA8C96A54C475017FFDE7F48C39B<br>File Hash: 66BBD91EAA1BBE0F5265C9253176AD64FDDE965587CA162FB49DDF2E081F7755 | 07-22-2022 01:12:40 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 14 | Info Hash: 7BA60C0D1CA44FE6DC35D95F279DFF110FC90CE4<br>File Hash: 1647D142912BD785174AD9CDC699C31E9AEF990D9AD50FDF648593411587D6A0 | 07-22-2022 00:49:31 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 15 | Info Hash: 9484E63C729B5E6DEAA1B2A31E98075B16D914A4<br>File Hash: 7378EBD3719E21C39E6A186B686DAB035587EBA3566D98DBDAF723BD309BF17C | 07-22-2022 00:32:56 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 16 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash: B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 07-13-2022 19:20:15 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 17 | Info Hash: 40926070A8063DA47ACC550050B316C90BACBF83<br>File Hash: 22B8ABF72350CAE58C0D59AAC0F6F96DF65218948431BED071AF314046372DE3 | 07-13-2022 16:40:16 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 18 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash: 81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-13-2022 16:15:46 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 19 | Info Hash: 161AC160C6D8D6E17FB8296A4A823741A618CF05<br>File Hash: 883E19A2C830A89E538FD9DC1F4DBDAEE9993E5BE4A2863D7F2251EB7327B34E | 07-07-2022 03:12:22 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 20 | Info Hash: 689714F8DC47B1691B8936738C41927C15E920A7<br>File Hash: 41027732D6E158F29A0F485265AE99F475F214F4748B2951D584FDD0CA7BFFD1 | 07-05-2022 22:03:06 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 21 | Info Hash: 9B7406EC07DE8022005970F76906D51A274E0690<br>File Hash: F99FEA73133BE233ED03F8FFC993EF324E33C4BE5424DC24FC89FEA6569664EB | 07-02-2022 15:26:03 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 22 | Info Hash: 8241A5E05DAA67A4641B7DF29981030AA6A82700<br>File Hash: 93EAFB8429099F10B09FFD180369B3D777659862BB1168AD42A517C05ADAC959 | 06-30-2022 20:57:09 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 23 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash: C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 06-20-2022 16:51:21 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4833769907447359B1AE74973646943178E54A70<br>File Hash:<br>78EB322F8D7792EE00F03A2196DEC628F7D3A24B5849AB27E0DE357EC081AF27 | 06-19-2022<br>15:58:44 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 25 | Info Hash: 415CB4AE74936F68AC80F8DBBFECB5F3BFDC810C<br>File Hash:<br>6CFA09064BCA3EC3B21A6AA21355BD97C3C1E1D5B28E7C2A89F5FDC21ED6787E | 06-18-2022<br>18:26:11 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 26 | Info Hash: 8A4414BC40030519134802C86BA46025E694798C<br>File Hash:<br>09EB1BA3468294A9D61A8AAD066B93362510C814D2DAACD8FB086417700F5EB8 | 06-18-2022<br>17:15:38 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 27 | Info Hash: 34C8C1B694349A1DF59D9F3EFE5A333A6EC7F644<br>File Hash:<br>23FF03E8C3FB4FDE9345CDF7003D800AB523390D1F647D6CEE532772B08A913F | 06-17-2022<br>21:00:23 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 28 | Info Hash: 141878F404F3ADC6EE96B8F9C8286F1A6D27A038<br>File Hash:<br>A8FEEA012BFA3AA2AB0B6096A186E934C32F7D67486DADBDBF922646E38A2CCC | 06-17-2022<br>20:35:30 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 29 | Info Hash: A57EB25C6B5689118A2B4DDA648E25AE167E7525<br>File Hash:<br>EF9BDA642565895653F353ACCEF39910559841840128B3D5B7738C156EAFCE97 | 06-17-2022<br>20:35:02 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 30 | Info Hash: AF91979F566FD3D83F791FBDACF3241AF860E92C<br>File Hash:<br>597EE4589764A82DC7E08E082F3C33C99AC6FF5A0DDBEAB315B3632DF1225620 | 06-17-2022<br>20:31:53 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 31 | Info Hash: 4BA313390DE8B8F5CDDCE0F6D2132545ABC65A4B<br>File Hash:<br>09BA34BE40D90C07C69205C1C2FEF8AA41FB0DD3BE90FCAAEB0E25E4C034B90A | 03-17-2022<br>23:47:04 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |